IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00055-DBS

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

RENEE WIER JONES,

       Defendant.

  and

RISD PAYROLL OFFICE,

       Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment (*doc. no. 409)* is GRANTED.

DATED at Denver, Colorado, this 1st day of October, 2007.

                                  BY THE COURT:

                                  *s/Craig B. Shaffer*
                                  Craig B. Shaffer
                                  United States Magistrate Judge